THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK JAMES, Appellant.

Argued April 24, 1953; decided May 28, 1953.

*Julian C. Tepper* and *James L. Walter* for appellant.

*T. Vincent Quinn, District Attorney* (*Benjamin J. Jacobson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.